IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

IN RE:

STEFANIE N. TRAN

Debtors

Chapter 7
CASE NO. 08-02666-lmj7
Docketed: September 14, 2009

## *REPORT OF TRUSTEE UNDER BANKRUPTCY RULE 3011 FOR UNCLAIMED FUNDS*

COMES NOW the trustee, Thomas L. Flynn, and for this report of trustee under Bankruptcy Rule 3011 for unclaimed funds, states as follows:

1. No funds or assets of the estate will remain after payment of unclaimed dividends to the Court Registry Fund as follows:

| Claim No. | Creditor Name and Address | Claim Amount | Percentage Paid | Amount of Dividend |
|---|---|---|---|---|
| 4 | RDK Collection Services, Inc.<br>2899 E. Big Beaver Rd.<br>PO Box 313<br>Troy, MI 48083 | $300.00 | 0.274944% | $0.82 |

WHEREFORE, the trustee, Thomas L. Flynn, files his Report Under Bankruptcy Rule 3011 for Unclaimed Funds.

/s/      *Thomas L. Flynn*      .
THOMAS L. FLYNN, Trustee
IS #9999918
666 Walnut Street, Suite 2000
Des Moines, Iowa 50309
Telephone:  1-515-283-4605